452 A.2d 1077

Mitek, Appellant v. Ste-mel Signs, Inc.

Petition for Allowance of Appeal Denied May 11, 1983.

Submitted December 5, 1980. Julius E. Fioravanti, for appellant; Abraham L. Hodes, for appellee.

Before CERCONÉ, P.J., HESTER and WIEAND, JJ.

The order and judgment nunc pro tunc of the lower court are affirmed.